FORM 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by _____Eric R. Rock of Rock Trade Law LLC_____
(Name of attorney of record)
on behalf of _____SOL SAVRANSKY DIAMONDS INC._____ in the matter of _____SOL SAVRANSKY DIAMONDS INC._____ v. _____United States, et al_____, Court No. __25-cv-00444__.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

None

2. Indicate whether the party on whose behalf this Form is being filed is [ **X** ] or is not [  ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

_____                              _____December 9, 2025_____
(Signature of Attorney)                                                                          (Date)

Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois 60602
312-824-6191 (telephone)
erock@rocktradelaw.com (e-mail)